**Walter W. Tackett, appellee, v. Ward M. Jones et al., appellants. Gen. No. 29,519.**

Suit for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 3, 1925. Rehearing denied March 16, 1925.

Litsinger, Healy & Reid, for appellants. Beckman, Olson & Hough, for appellee; Charles E. Carnahan, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Augusta J. Glendinning, defendant in error, v. William G. Palmer and Thomas Davis, plaintiffs in error. Gen. No. 29,430.**

Action of trespass for assault and battery and false imprisonment, joined with count for malicious prosecution. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Fitch, P. J., dissenting in part. Opinion filed March 3, 1925.

Hayes, McKinney, Cornelius Lynde and George H. Grear, for plaintiffs in error; John J. Healy, of counsel. Cleland, Lee & Phelps, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**R. M. Tashjian, appellee, v. H. M. Tashjian, appellant. Gen. No. 29,491.**

Action upon a stated account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 3, 1925.

Edward C. Guilmez, for appellant. Jeffery, Townley, Wild, Campbell & Clark, for appellee; Charles V. Clark and Frederick D. Carroll, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Edward I. Barton, appellee, v. Elizabeth Hoyt et al., appellants. Gen. No. 29,500.**

Proceedings for removal of chief electrician of park board. Order entered upon writ of certiorari quashing record of proceedings of board ordering removal. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed March 3, 1925. Rehearing denied March 16, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Daniel A. Roberts and Elizabeth H. Buchhalter, for appellants. Kremer, Branand & Hamer, for appellee; Robert Branand, Jr., of counsel.

Mr. Justice Barnes delivered the opinion of the court.